AO 106 (Rev. 5/85) Affidavit for Search Warrant

# United States District Court

## MIDDLE  DISTRICT OF  ALABAMA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**One USPS Medium Flat Rate Box addressed to:**
Roost Flex
5309 Loisa Ln.
Montgomery, AL 36108
USPS Tracking# EK 518934069 US

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 2:14-mj-182-TFM
2: 14mj186-TFM

I, _____ C. L. Phillips _____ being duly sworn depose and say:

I am a(n) _____ United States Postal Inspector _____ and have reason to believe
<small>Official Title</small>

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

One USPS Medium Flat Rate Box addressed to Roost Flex, 5309 Loisa Ln., Montgomery, AL 36108 with  Tracking # EK 518934069 US

in the _____ Middle _____ District of _____ Alabama _____

there is now concealed a certain person or property, namely (describe the person or property)
controlled substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments consisting of payment and/or proceeds relative to the distribution of controlled substances

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

**contraband, the fruits of a crime or thing otherwise criminally possessed,**

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) and 843(b) _____ .
The facts to support the issuance of a Search Warrant are as follows:

See attached affidavit (ATTACHMENT 1) incorporated herein by reference and made part of this application.

Continued on the attached sheet and made a part hereof.     ☒ Yes     ☐No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

NOVEMBER 5, 2014
_____        at        MONTGOMERY, ALABAMA
Date                                                              City and State

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE                    _____
Name and Title of Judicial Officer                         Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**
**ATTACHMENT 1**

I, Christopher L. Phillips, U.S. Postal Inspector, depose and state:

1.      I am a Postal Inspector with the United States Postal Inspection Ser,ice ("USPIS"), and have been employed in this capacity since April of 2012. I am currently assi;ned to the Houston Division's Montgomery, AL domicile. I am an "investigative or law enforce:nent officer" within the meaning of Title 18, United States Code ("U.S.C.") Section 2510(7). That s, I am an officer of the United States who is empowered by law to conduct investigations and to ma.ce arrests for crimes furthered through the use of the U.S. Mail or in connection to the U.S. Postal Service ("USPS"), property of the USPS, and other postal offenses, as set forth in 18 U.S.C. § 3061.

2.      This affidavit is written in support and as part of an application for a search warrant to search one parcel currently in the custody and control of the USPIS. The information contained in this affidavit is based on my personal knowledge and observations, on information conveyed to me by other individuals, including law enforcement officials and postal employees, as well as on my review of records, documents, and other physical evidence obtained. This affidavit only contains information necessary to support probable cause for a search warrant and is no. intended to include every fact observed by your affiant or known to the government.

3.      Prior investigations by U.S. Postal Inspectors have determined that the U.S. Mails are being used to transmit controlled substances from California to other destinations in the United States.

4.      On October 30, 2014, postal management at Westside Station Post Office contacted the United States Postal Inspection Service concerning Priority Mail Express parcel EK 518934069 US, henceforth, referred to as PME-69. According to postal management, delivery of PME-69 was attempted on October 30, 2014; when the carrier arrived at the residence, he was told the person listed on the parcel does not receive mail at the address. The resident also informed the carrier that a male, who lives a few streets over, usually comes to his home and asks if any packages were delivered for him at his address. Based on your affiant's training and experience, persons involved in the distribution of controlled substances via the U.S. Mail will use fictitious address information or address packages to vacant residences in an attempt to disassociate themselves from the controlled substances.

5.      Also, on October 30, 2014, a male subjected visited the Westside Post Office inquiring about PME-69. The male spoke to postal management and presented a photo driver's license for identification. The name on the driver's license did not match the receiving name on parcel PME-69. The male told postal management the package was his and that the man at the residence, where the package was attempted to be delivered, should have informed the carrier that the package was for someone who didn't live there.

6.      The parcel in question, PME-69, is described as follows:

|     |                  |                                                                      |
| --- | ---------------- | -------------------------------------------------------------------- |
| a.  | Addressed To:    | Roost Flex<br>5309 Loisa Lane<br>Montgomery, AL 36108                |
| b.  | Return Address:  | Babra Cook<br>2561 Tophalf Rd.<br>Cos CO  80915                      |
| c.  | Class of Mail:   | Priority Mail Express<br><br>USPS Tracking Number(s):<br>EK 518934069 US |
| d.  | City Postage was Purchased: | Colorado Spring, CO  80915                                 |
| e.  | Postage:         | $36.65                                                                |

7.      On or around October 30, 2014, United States Postal Inspection Service personnel conducted additional investigations on PME-69.  Inspection Service personnel conducted a computerized records check regarding the addresses on the parcel. According to the records check, the recipient name, "Roost Flex," is not associated with the delivery address.  The records check also revealed that the return address, listed on the parcel, is undeliverable.  As previously noted, based on your affiant's training and experience, persons involved in the distribution of controlled substances via the U.S. Mail will use fictitious address information or address packages to vacant residences in an attempt to disassociate themselves from the controlled substances.

8.      On October 31, 2014, at the Downtown Montgomery Post Office in Montgomery, Alabama, the parcel was examined by narcotics detection canine "Harley", handled by Capt. Jim Steele from the Autauga County Sheriff's Department.  During the examination, "Harley" alerted to the parcel, indicating the parcel contained the scent of controlled substances.  Your affiant has been advised of the qualifications of the canine handler and his narcotics detection canine, "Harley", which is more fully described in Attachment A, filed in conjunction herewith and incorporated by reference herein.

9.      Based on the facts set forth in this affidavit, and based on my training and experience, there is probable cause to believe the parcel contains controlled substances and/or narcotics trafficking proceeds. As a result, your affiant respectfully requests the issuance by the court of a search warrant directing the search of the parcel described above. Additionally, your affiant requests the seizure of the parcel, controlled substances, currency, and/or negotiable instruments contained therein. Your affiant also requests the seizure of any additional enclosed materials recovered during the search of the parcel, which may represent evidence of the distribution of controlled substances, to include evidence as to the identity of the source of the packages and/or the recipient thereof, all in violation of 21 U.S.C. §§ 841 (a)(1), 843(b), and 846.

10.     The parcel has been maintained unopened in the custody of the undersigned affiant in this District pending application for a search warrant.

Christopher L. Phillips
U.S. Postal Inspector

Sworn to and subscribed before me this
5th day of November, 2014, in ~~~~~~
Montgomery, AL

TERRY F. MOORER
CHIEF UNITED STATES MAGISTRATE JUDGE

**ATTACHMENT A**

"Harley" is a male Labrador retriever, approximately 4 years old and has been working as a K9 narcotics detector dog since approximately 2009. The handler advised that "Harley" participates in a minimum of 16 hours of in-service training per month as well as routine usage. Per his handler, "Harley" was certified through Central Alabama Police K-9 Academy, Jemison, AL. "Harley" is certified to detect cocaine, crack, opium and opiates, methamphetamine, heroin, and marijuana.

Captain Jim Steele has been a canine narcotics officer with the Autauga County Sheriff's Office for approximately 19 years, and a law enforcement officer for approximately 39 years. Captain Steele has worked with "Harley" for approximately 3 years and he has confirmed the K-9's credibility and reliability.

"Harley" has successfully alerted hundreds of times during training and real life situations.